■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD GIBSON, Appellant. (Appeal No. 2.) [21 NYS3d 906]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered March 17, 2009. The appeal was held by this Court by order entered November 14, 2014, decision was reserved and the matter was remitted to Supreme Court, Erie County, for further proceedings (122 AD3d 1332 [2014]). The proceedings were held and completed.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Gibson* ([appeal No. 1] 134 AD3d 1517 [2015]). Present—Scudder, P.J., Smith, Peradotto and Carni, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JON H. BUSH, JR., Appellant. [21 NYS3d 906]—

Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered November 13, 2013. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of two counts of attempted burglary in the second degree (Penal Law §§ 110.00, 140.25 [2]). Contrary to defendant's contention, he knowingly, voluntarily and intelligently waived his right to appeal, and his valid waiver forecloses his challenge to the severity of the sentence (*see People v Lopez*, 6 NY3d 248, 255 [2006]; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). County Court advised defendant at the time of the waiver of the potential maximum term of incarceration, and thus the waiver encompasses defendant's present challenge to the sentence (*see Lococo*, 92 NY2d at 827). Present—Smith, J.P., Peradotto, Carni, Lindley and Whalen, JJ.